IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NESTOR LUIS TAPIA MALAVE

EMMA ROSA COLON FIGUEROA

    DEBTOR(S)

CASE       10-12017-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **January 26, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $18,580 (PV: $21,553)

3. With respect to the attached payment plan:

AMENDED PLAN DATE: February 16, 2011      PLAN BASE: $37,800.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 3/1/2011

    [ ] FAVORABLE         [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b) :

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

    Fails Liquidation Value.

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:

    Pending: 1) DSO evidence of being current with the post-petition payments. 2) Debtor to inform status of application of the social security benefits and veteran benefits.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$126.00/$2,874.00

Atty: ROBERTO FIGUEROA

/s/ Rosamar García Fontán

Rosamar García Fontán

USDC # 221004

For:

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062